ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
JULIE A.K. CUMMINGS, HI BAR NO. 10635
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Julie.Cummings@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HILL, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:25-cv-02976-EFB <br><br><br> STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from February 6, 2026, up to and including March 23, 2026. This is the Defendant's first request for an extension.

Counsel for the Commissioner respectfully requests this extension of time to file the responsive brief, as good cause exists for this request. I am committed to providing thorough and

Def.'s Stip. for Ext. of Time                    Page 1                    Case No. 2:25-cv-02976-EFB

effective representation in this matter. I have been assisting my office in addressing a significant district court workload backlog, while also prioritizing this case. At present, I am responsible for 13 briefs pending before this Court and others in the circuit, with five briefs due within the next six days. Given these competing deadlines, I respectfully request this extension to ensure that I can devote the necessary attention and resources to this case and best represent the Commissioner's interests.

Given these circumstances, I respectfully request an additional 45 days to complete the brief. This extension will allow me to better sequence my existing deadlines and ensure that I can provide thorough and effective representation for the Commissioner in this case. I appreciate the Court's consideration of this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 23, 2026                /s/  Francesco Paulo Benavides *
                                        (*as authorized via e-mail on Feb. 5, 2026)
                                        FRANCESCO PAULO BENAVIDES
                                        Attorney for Plaintiff

Dated: February 23, 2026                ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration | Law & Policy

                            By:    /s/  Julie A.K. Cummings
                                        JULIE A.K. CUMMINGS
                                        Special Assistant United States Attorney
                                        Program Litigation 1
                                        Social Security Administration | Law & Policy

Def.'s Stip. for Ext. of Time            Page 2            Case No. 2:25-cv-02976-EFB

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 23, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED:  <u>February 23, 2026</u>

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE