ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Julie.Cummings@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HILL,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:25-cv-02976-EFB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

As this case was previously remanded to the same Administrative Law Judge, the Appeals Council will direct that, upon remand, this case be assigned to another Administrative Law Judge.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain evidence from a medical expert to clarify the nature, severity, and effects of the claimant's mental impairments; reevaluate the claimant's maximum residual functional capacity; if warranted by

the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; if finding the claimant disabled considering all of his medically determinable impairments, determine whether drug addiction and alcoholism is material to the finding of disability; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED April 3, 2026.                    Respectfully submitted,

Law Offices of Francesco Benavides

By:    s/ Francesco Paulo Benavides
       FRANCESCO PAULO BENAVIDES
       Attorney for Plaintiff
       (By email authorization)


       ERIC GRANT
       United States Attorney

By:    s/ *Julie A.K. Cummings*
       JULIE A.K. CUMMINGS
       Special Assistant United States Attorney
       Program Litigation 1
       Social Security Administration | Law & Policy

       Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: April 3, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND, CASE NO. 2:25-cv-02976-EFB